UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Venessa Meirs, as Personal Representative of the Estate of Scott Meirs, deceased,<br>　　　　Plaintiff,<br><br>-v-<br><br>Linda Cashman,<br>Eugene Murin, &<br>Joseph Dirette,<br>　　　　Defendants. | No. 1:15-cv-866<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

In accordance with the jury verdict returned and entered on Monday, October 15, 2018, and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters for Defendants Linda Cashman, Eugene Murin, and Joseph Dirette and against Plaintiff Venessa Meirs.

**IT IS SO ORDERED.**

Date: October 18, 2018　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge